UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO, CALIFORNIA

NAJIA HAJIZADEH;

Et al,

    Plaintiffs,

        vs.

Et al.

    Defendants.

No. CV 14-3511 MEJ

~~PROPOSED~~ ORDER

ORDER

Pursuant to Petitioner's motion to voluntarily dismiss the above-titled action, IT IS SO ORDERED.

Date: October 7, 2014

JUDGE MARIA-ELENA JAMES
United States Magistrate Judge